IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

REXELL BURKE, JR.,

    Plaintiff,

v.                                CASE NO.  5:04cv126-RH/WCS

JO ANNE B. BARNHART,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES AND COSTS

This matter is before the court on the Magistrate Judge's Report and Recommendation (document 21), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The Report and Recommendation is ACCEPTED and adopted as the opinion of the court.  The court makes findings as recommended.  Claimant's application for attorney's fees is GRANTED.  The Secretary shall pay to David E. Evans the sum of $2,442.50 as attorney's fees pursuant to the Equal Access to Justice Act.

SO ORDERED this 17th day of April, 2005.

s/Robert L. Hinkle
Chief United States District Judge
